IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANTAVIS FOREMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:18-CV-500-ECM |
| | ) [WO] |
| LEE COUNTY JUSTICE CENTER, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On July 10, 2018, the Magistrate Judge filed a Recommendation to which no timely objection has been filed. Doc. 10. There being no objection filed to the Recommendation, and after an independent review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED that:

1. Plaintiff's claims against Defendant Lee County Justice Center are DISMISSED with prejudice prior to service under 28 U.S.C. § 1915(e)(2)(B)(i).

2. The Lee County Justice Center is TERMINATED as a party to the complaint.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure as to Defendant Lee County Justice Center.

This case is not closed and is referred to the United States Magistrate Judge for further proceedings regarding Plaintiff's claims against the remaining defendants.

DONE this 17th day of August, 2018.

                                                      /s/ Emily C. Marks
                                                      EMILY C. MARKS
                                                      UNITED STATES DISTRICT JUDGE