IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANTAVIS FOREMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIV. ACT. NO. 3:18cv500-ECM |
| | ) |
| SHERIFF JAY JONES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

On November 2, 2018, the Magistrate Judge entered a Recommendation (doc. 21) to which no objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and this case is DISMISSED without prejudice for Plaintiff's failure to comply with the orders of this court and to prosecute this action.

A separate Final Judgment will be entered.

DONE this 4th day of January, 2019.

/s/ Emily C. Marks
EMILY C. MARKS
UNITED STATES DISTRICT JUDGE